UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MORRIS BROWN OKOLO,**

    Petitioner,

    v.                                                    Civil Action No. 07-0449 (RBW)

**ALBERTO GONZALES** *et al.***,**

    Respondents.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction. This is a final appealable Order.

                                              _____s/_____
                                              Reggie B. Walton
                                              United States District Judge

Dated: April 17, 2007